## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   CHERRIE PENNINGTON

§
§
§
§
§
§

Case No.: 08-26709

Debtor(s)

_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)   The case was filed on 10/06/2008.

2)   This case was confirmed on 01/21/2009.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/05/2011.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 12/08/2010, 08/03/2011, 09/26/2012.

5)   The case was converted on 11/26/2012.

6)   Number of months from filing to the last payment:  46

7)   Number of months case was pending:  50

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $    36,027.00

10)   Amount of unsecured claims discharged without payment $        .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 17,911.63 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 17,911.63 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,093.77 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | 1,068.56 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,162.33 |
| Attorney fees paid and disclosed by debtor | $ | 226.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PEOPLES GAS LIGHT & | UNSECURED | 1,919.00 | 3,258.34 | 3,258.34 | .00 | .00 |
| NATIONAL CAPITAL MGM | SECURED | 11,000.00 | 15,562.23 | 15,562.23 | 12,072.02 | 2,677.28 |
| NATIONAL CAPITAL MGM | UNSECURED | 5,000.00 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | PRIORITY | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | PRIORITY | 180.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | PRIORITY | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 100.00 | 460.00 | 460.00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,633.00 | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | PRIORITY | 100.00 | NA | NA | .00 | .00 |
| VILLAGE OF MAYWOOD | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| VILLAGE OF OAK PARK | PRIORITY | 50.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 534.00 | 361.76 | 361.76 | .00 | .00 |
| ASSOCIATED PATHOLOGY | UNSECURED | 21.00 | NA | NA | .00 | .00 |
| BAKER MILLER MARKOFF | UNSECURED | 172.00 | NA | NA | .00 | .00 |
| BLUE ISLAND RADIOLOG | UNSECURED | 490.00 | NA | NA | .00 | .00 |
| BUREAU OF COLLECTION | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| CAPITAL MANAGEMENT S | UNSECURED | 1,279.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,480.00 | 1,492.06 | 1,492.06 | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL MANAGEMENT S | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CHICAGOLAND EMERGENC | UNSECURED | 41.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO EMS | UNSECURED | 349.00 | NA | NA | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | 187.00 | NA | NA | .00 | .00 |
| DEPENDICARE  HOME HE | UNSECURED | 38.00 | NA | NA | .00 | .00 |
| ELMHURST MEMORIAL HO | UNSECURED | 228.00 | NA | NA | .00 | .00 |
| ELHURST CLINIC | OTHER | .00 | NA | NA | .00 | .00 |
| ELMHURST MEMORIAL CE | UNSECURED | 188.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| ILLINOIS BONE & JOIN | UNSECURED | 16.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 418.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 419.00 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROU | UNSECURED | 124.00 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROU | UNSECURED | 124.00 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROU | UNSECURED | 78.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL | UNSECURED | 1,126.00 | NA | NA | .00 | .00 |
| ONE IRON VENTURES IN | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| PARTNERS IN WOMENS H | UNSECURED | 53.00 | NA | NA | .00 | .00 |
| PROFESSIONAL ANESTHE | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 14.21 | NA | NA | .00 | .00 |
| RESURRECTION HEALTH | UNSECURED | 2,247.00 | NA | NA | .00 | .00 |
| RESURRECTION HEALTH | UNSECURED | 124.00 | NA | NA | .00 | .00 |
| ROCKFORD MERCANTILE | UNSECURED | 237.00 | NA | NA | .00 | .00 |
| ROCKFORD MERCANTILE | UNSECURED | 237.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MED | UNSECURED | 135.00 | NA | NA | .00 | .00 |
| UNIVERSITY ANESTHESI | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| VCA BERWYN ANIMAL HO | UNSECURED | 371.00 | NA | NA | .00 | .00 |
| VILLAGE RADIOLOGY | UNSECURED | 401.00 | NA | NA | .00 | .00 |
| WEST SIDE EMERGENCY | UNSECURED | 27.00 | NA | NA | .00 | .00 |
| EMERGENCY PYSICIANS | OTHER | .00 | NA | NA | .00 | .00 |
| WEST SIDE PATHOLOGY | UNSECURED | 27.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN EYE AS | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN HEALTH | UNSECURED | 4,786.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 325.00 | NA | NA | .00 | .00 |
| RICHARD & PATRICIA B | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|                              | Claim<br>Allowed | Principal<br>Paid | Int.<br>Paid |
|------------------------------|-----------------:|------------------:|-------------:|
| **Secured Payments:**        |                  |                   |              |
| Mortgage Ongoing             | .00              | .00               | .00          |
| Mortgage Arrearage           | .00              | .00               | .00          |
| Debt Secured by Vehicle      | 15,562.23        | 12,072.02         | 2,677.28     |
| All Other Secured            | .00              | .00               | .00          |
| **TOTAL SECURED:**           | 15,562.23        | 12,072.02         | 2,677.28     |
|                              |                  |                   |              |
| **Priority Unsecured Payments:** |              |                   |              |
| Domestic Support Arrearage   | .00              | .00               | .00          |
| Domestic Support Ongoing     | .00              | .00               | .00          |
| All Other Priority           | .00              | .00               | .00          |
| **TOTAL PRIORITY:**          | .00              | .00               | .00          |
|                              |                  |                   |              |
| **GENERAL UNSECURED PAYMENTS:** | 5,572.16      | .00               | .00          |

**Disbursements:**

| Expenses of Administration | $ 3,162.33  |
|----------------------------|-------------|
| Disbursements to Creditors | $ 14,749.30 |
| **TOTAL DISBURSEMENTS:**   | $ 17,911.63 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   12/05/2012                      /s/ Tom Vaughn
                                         Tom  Vaughn,  Chapter  13  Trustee

STATEMENT       : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**